CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB - 1 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

**THOMAS BEST, JR.,**

**Plaintiff,**

**v.** **Civil Action No.: 7:18-cv-263**

**VIRGINIA TRUCK CENTER, INC.
d/b/a Excel Truck Group,**

**Defendant.**

**AGREED DISMISSAL ORDER**

On this day came the parties, by counsel, and represented to the Court that this matter has been settled agreed, as is evidenced by the endorsements of counsel on this order.

Upon consideration of which, and it appearing proper to do so, it is hereby

ORDERED, ADJUDGED and DECREED that this matter be DISMISSED as to all parties with prejudice, and that each party shall be responsible for their own attorney's fees, expenses, and costs related to this action.

IT IS SO ORDERED.

[signature]

Senior United States District Judge

February 1st, 2019
Roanoke, Virginia

**WE ASK FOR THIS:**

/s/ Mark H. Schmidt
Mark H. Schmidt, Esq. (VSB # 44521)
Attorney at Law
41 Welford Lane
Newport News, VA 23606
Telephone: (804) 525-0826
Email: markhenryschmidt@gmail.com

Benjamin S. Tyree, Esq. (VSB # 82745)
Coates and Davenport, P.C.
5206 Markel Road, Suite 200
Richmond, Virginia 23230
Telephone: (804) 285-7000
Facsimile: (804) 285-2849
Email: b.tyree@coateslaw.com

***Attorneys for the Plaintiff***

/s/Justin E. Simmons
Justin E. Simmons, Esq. (VSB # 77319)
Woods Rogers, PLC
P.O. Box 14125
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
jsimmons@woodsrogers.com

***Attorney for the Defendant***